

Kurt O'Keefe <koklaw@gmail.com>

# 10009220 09-76349 LAURENCE BURBANK
1 message

**Kathryn Jump** <kathryn.jump@bkattorneyservices.com>   Wed, Jun 2, 2010 at 12:45 PM
To: koklaw@gmail.com



certificateofservice.com
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122
509-725-1127
kathryn.jump@bkattorneyservices.com

Tracking Number: 10009220 09-76349 LAURENCE BURBANK LAURENCE BURBANK
Email To: koklaw@gmail.com

| Bill to: | Job Information: |
|---|---|
| Kurt O'Keefe<br>1593 Torrey Road<br>Grosse Pointe Woods, MI 48236<br><br>koklaw@gmail.com | Debtor: LAURENCE BURBANK<br>Case No. 09-76349 in the EASTERN District of MICHIGAN<br>Documents Served:<br>CHAPTER 13 SECOND AMENDED PLAN |

| Received on: | Apr 08, 2010 at 12:24PM |
|---|---|
| Processed on: | 04.08.10 |

**Job Breakdown and Costs:**

Special Handling Instructions:

| | |
|---|---|
| # of pages per document set: | 6 |
| # of addresses from MML: | 38 |
| Per stamp cost: | .44 |
| Total Postage Cost: | $16.72 |
| Total Printing Cost: (paper, envelopes, toner, pacer, labor) Minimum Charge $5.00 | $28.50 |
| Special handling or Intl postage | |
| Total: | $45.22 |

Your print rate is .125 per page submitted.

Your credit card on file will be billed. Thank you for your business!
Save a copy of this email for your records.

Attached to this email is the .pdf certificate for filing with the Court.

| | | | | |
|---|---|---|---|---|
| 6/2/2010 | Printing | # of pages per set:6 | # of addresses: 38 | $28.50 |
| 6/2/2010 | Mailing | # of addresses: 38 | Per stamp cost: .44 | $16.72 |

Sincerely,

The Certificate of Service Team
Certificate of Service.com
BK Attorney Services, LLC
P.O. Box 1028
Davenport, WA  99122

**Contract Copy:**

You, hereafter "User", agree to utilize the services of BK Attorney Services, LLC d/b/a Certificate of Service.com, hereafter "COS" for the express purpose of executing a legal mailing through the Postal System of the United States, first class mail, postage pre-paid.

User agrees to post the information through the exclusive web interface and to provide special instructions as to the mailing, if any in the fields provided. Documents received without specific instructions will be mailed in the order received to the parties listed on the ECF website for the User's respective bankruptcy court district.

Documents received will be slated for distribution within 24 hours of receipt, however, COS makes no guarantees that documents will be distributed within 24 hours of receipt. All cases shall be processed and mailed within 48 hours of receipt.

COS makes no guarantees or warranties about the performance of the United States Postal Service.

Limitation of liability: User agrees that COS' liability is limited to the printing and mailing cost of the project submitted. COS is not responsible for any other damages incurred by User other than the cost of copying and postage for the immediate project.

Jurisdiction: Should any disputes arise over the use of COS.com, User agrees and consents to jurisdiction in King County, Washington.

Billing: User will be billed upon mailing of the completed project and emailing of an invoice with certificate via credit card on file. You agree to pay your credit card charge according to the terms set forth in your credit card agreement. All invoices are due on receipt. Payments not received within 30 days will be assessed a late charge not to exceed 18% per annum of the balance due or 1.5% per month,



Kurt O'Keefe <koklaw@gmail.com>

# 10004078 09-76349 LAURENCE BURBANK
1 message

**Kathryn Jump <kathryn.jump@bkattorneyservices.com>**  Wed, Jun 2, 2010 at 12:57 PM
To: koklaw@gmail.com



certificateofservice.com
BK Attorney Services, LLC
PO Box 1028
Davenport, WA  99122
509-725-1127

kathryn.jump@bkattorneyservices.com

Tracking Number: 10004078 09-76349 LAURENCE BURBANK LAURENCE BURBANK
Email To: koklaw@gmail.com

| Bill to: | Job Information: |
|---|---|
| Kurt O'Keefe<br>1593 Torrey Road<br>Grosse Pointe Woods, MI 48236<br><br>koklaw@gmail.com | Debtor: LAURENCE BURBANK<br>Case No. 09-76349 in the EASTERN District of MICHIGAN<br>Documents Served:<br>Chapter 13 Plan |

| Received on: | Dec 10, 2009 at 11:16AM |
|---|---|
| Processed on: | 12.10.09 |

**Job Breakdown and Costs:**

Special Handling Instructions:

| | |
|---|---|
| # of pages per document set: | 6 |
| # of addresses from MML: | 23 |
| Per stamp cost: | .44 |
| Total Postage Cost: | $10.12 |
| Total Printing Cost: (paper, envelopes, toner, pacer, labor) Minimum Charge $5.00 | $17.25 |
| Special handling or Intl postage | |
| *Total:* | *$27.37* |

Your print rate is .125 per page submitted.

Your credit card on file will be billed. Thank you for your business!
Save a copy of this email for your records.

Attached to this email is the .pdf certificate for filing with the Court.

| | | | | |
|---|---|---|---|---|
| 6/2/2010 | Printing | # of pages per set:6 | # of addresses: 23 | $17.25 |
| 6/2/2010 | Mailing | # of addresses: 23 | Per stamp cost: .44 | $10.12 |

Sincerely,

The Certificate of Service Team
Certificate of Service.com
BK Attorney Services, LLC
P.O. Box 1028
Davenport, WA 99122

**Contract Copy:**

You, hereafter "User", agree to utilize the services of BK Attorney Services, LLC d/b/a Certificate of Service.com, hereafter "COS" for the express purpose of executing a legal mailing through the Postal System of the United States, first class mail, postage pre-paid.

User agrees to post the information through the exclusive web interface and to provide special instructions as to the mailing, if any in the fields provided. Documents received without specific instructions will be mailed in the order received to the parties listed on the ECF website for the User's respective bankruptcy court district.

Documents received will be slated for distribution within 24 hours of receipt, however, COS makes no guarantees that documents will be distributed within 24 hours of receipt. All cases shall be processed and mailed within 48 hours of receipt.

COS makes no guarantees or warranties about the performance of the United States Postal Service.

Limitation of liability: User agrees that COS' liability is limited to the printing and mailing cost of the project submitted. COS is not responsible for any other damages incurred by User other than the cost of copying and postage for the immediate project.

Jurisdiction: Should any disputes arise over the use of COS.com, User agrees and consents to jurisdiction in King County, Washington.

Billing: User will be billed upon mailing of the completed project and emailing of an invoice with certificate via credit card on file. You agree to pay your credit card charge according to the terms set forth in your credit card agreement. All invoices are due on receipt. Payments not received within 30 days will be assessed a late charge not to exceed 18% per annum of the balance due or 1.5% per month.