UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: LAURENCE BURBANK

CHAPTER 13
HON. MARCI MCIVOR
_____/ CASE NO. 09-76349


CORRECTED **ORDER APPROVING ATTORNEY FOR DEBTOR'S THIRD FEE APPLICATION**

     This matter having come before the Court upon the application of <u>KURT OKEEFE</u>, all interested parties having been served with notice of the application and the provisions of LBR 2016 having been met, no objections to the application having been received, but the amount in the order corrected to match the amount in Exhibit 5 itemized time, per the Trustee's observation, and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

  IT IS HEREBY ORDERED:

1.    The Court approves Applicant's fees and expenses as follows:

| | | |
|---|---|---|
| PRIOR AWARDS FOR FEES: | $11,989.00 | |
| PRIOR AWARDS FOR COSTS: | $  330.17 | |
| TOTAL AWARD TO DATE: | | $11,959.37 |
| | | |
| THIS AWARD FOR FEES: | $1,798.00 | |
| THIS AWARD FOR COSTS: | $  388.70 | |
| TOTAL THIS AWARD: | | $2,186.70 |
| | | |
| GRAND TOTAL FEES AND COSTS | | $14,146.07 |
| | | |
| LESS AMOUNT PREVIOUSLY PAID, AND TO BE PAID IN NEXT TRUSTEE DISTRIBUTION, JULY, 2013 | ($11,959.37) | |
| | | |
| additional BALANCE TO BE PAID DIRECT BY DEBTOR | | $2,186.70 |

2.    This award covers services rendered and expenses incurred during the time period of June 11, 2012 to June 14, 2013.

**Signed on August 15, 2013**

                                            /s/ Marci B. McIvor
                                            Marci B. McIvor
                                            United States Bankruptcy Judge